Cleveland E. McMILLAN, Appellant,

v.

UNITED STATES, Appellee.

Nos. 4361–4363.

District of Columbia Court of Appeals.

Argued Aug. 3, 1967.

Decided Aug. 22, 1967.

Michael P. Bentzen, Washington, D. C. (appointed by this court), with whom Charles A. Miller, Washington, D. C. (appointed by this court), was on the brief, for appellant.

Carl S. Rauh, Asst. U. S. Atty., with whom David G. Bress, U. S. Atty., Frank Q. Nebeker and Lawrence Lippe, Asst. U. S. Attys., were on the brief, for appellee.

Before HOOD, Chief Judge, and MYERS and KELLY, Associate Judges.

PER CURIAM.

None of the claims of error asserted on this appeal were raised in the trial court. This court has reviewed the entire transcript and is of the opinion that the claimed errors, if such they were, did not affect the substantial rights of appellant and did not deprive him of a fair trial.

Affirmed.